WY Sweetwater County District
Court 3rd JD
Oct 03 2024 05:23PM
2023-CV-0000244
74669917
**FILED**



This order has been:
Granted

*Suzannah S. Robinson*

Judge Suzannah G
Robinson

| | | |
|---|---|---|
| STATE OF WYOMING | ) | IN THE DISTRICT COURT |
| | ) SS | |
| COUNTY OF SWEETWATER | ) | THIRD JUDICIAL DISTRICT |

TIFFANY GRUETZMACHER,    )
                         )    Case No. 2023-CV-0000244
        Plaintiff,       )
                         )
v.                       )
                         )
VAMAR INC, SAVIOL SAINT JEAN, REY    )
LOGISTICS, INC., OSVALDO HERRERA    )
PUPO, and AGUSTIN SANCHEZ PAVON,    )
                         )
        Defendants.      )

ASHLEY HARRIS, as the Wrongful Death    )
Representative in the Matter of the Wrongful    )    Case No. 2023-CV-0000229
Death of TYELER HARRIS, deceased,    )
                         )
        Plaintiff,       )
                         )
v.                       )
                         )
VAMAR INC, SAVIOL SAINT JEAN, REY    )
LOGISTICS, INC., OSVALDO HERRERA    )
PUPO, AGUSTIN SANCHEZ PAVON, SAIA    )
MOTOR FREIGHT LINE, LLC, and    )
ANDREW GIBBS,    )
                         )
        Defendants.      )

Page 1 of 3

**EXHIBIT D**

## ORDER OF DISMISSAL

This matter came before the Court upon a Stipulated Motion to Dismiss filed by the parties regarding Plaintiff Tiffany Gruetzmacher's claims against Defendants Rey Logistics, Inc. and Osvaldo Herrera Pupo. The Court finds that the parties have resolved the dispute against Defendants Rey Logistics, Inc. and Osvaldo Herrera Pupo in the above-entitled matter and that there is no reason why Defendants Rey Logistics, Inc. and Osvaldo Herrera Pupo should not be dismissed with prejudice.

IT IS, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiff Tiffany Gruetzmacher's claims against Defendants Rey Logistics, Inc. and Osvaldo Herrera Pupo in the above-referenced matter are hereby dismissed with prejudice.

DATED this _____ day of _____, 2024.


_____
DISTRICT COURT JUDGE

Approved as to form:

BURG SIMPSON ELDREDGE
HERSH & JARDINE, P.C.                    YONKEE & TONER, LLP


/s/ *Colin M. Simpson*                    /s/ *Kevin K. Kessner*
_____            _____
Colin M. Simpson, Bar No. 5-2312         Kevin K. Kessner, Bar No. 6-4257
Larry B. Jones, Bar No. 5-1847           *Attorney for Defendant Rey Logistics*
David M. Hill, Bar No. 7-6306
*Attorneys for Plaintiff Gruetzmacher*

Page 2 of 3

*Copies after Execution to:*
James E. Fitzgerald / Michael J. Fitzgerald
Kevin K. Kessner
Colin M. Simpson / Larry B. Jones / David M. Hill
Scott E. Ortiz / Keith J. Dodson
Patrick T. Holscher
Khale J. Lenhart / Tyson R. Woodford

This document constitutes a ruling of the court and should be treated as such.

**Alternate Judge:**   Unassigned

WY Sweetwater County District
Court 3rd JD
Oct 03 2024 05:23PM
2023-CV-0000244
74669917
**FILED**



This order has been: Granted



Judge Suzannah G Robinson

| | | |
|---|---|---|
| STATE OF WYOMING | ) | IN THE DISTRICT COURT |
| | ) SS | |
| COUNTY OF SWEETWATER | ) | THIRD JUDICIAL DISTRICT |

TIFFANY GRUETZMACHER,　　　　　　)
　　　　　　　　　　　　　　　　　　)　　Case No. <u>2023-CV-0000244</u>
　　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
VAMAR INC, SAVIOL SAINT JEAN, REY　)
LOGISTICS, INC., OSVALDO HERRERA　)
PUPO, and AGUSTIN SANCHEZ PAVON,　)
　　　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　　　)

ASHLEY HARRIS, as the Wrongful Death　)
Representative in the Matter of the Wrongful　)　　Case No. <u>2023-CV-0000229</u>
Death of TYELER HARRIS, deceased,　　)
　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
VAMAR INC, SAVIOL SAINT JEAN, REY　)
LOGISTICS, INC., OSVALDO HERRERA　)
PUPO, AGUSTIN SANCHEZ PAVON, SAIA　)
MOTOR FREIGHT LINE, LLC, and　　)
ANDREW GIBBS,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　　　)

## ORDER OF DISMISSAL

This matter came before the Court upon a Stipulated Motion to Dismiss filed by the parties regarding Plaintiff Ashley Harris', as the Wrongful Death Representative in the Matter of the Wrong Death of Tyeler Harris, claims against Defendants Rey Logistics, Inc. and Osvaldo Herrera Pupo. The Court finds that the parties have resolved the dispute against Defendants Rey Logistics, Inc. and Osvaldo Herrera Pupo in the above-entitled matter and that there is no reason why Defendants Rey Logistics, Inc. and Osvaldo Herrera Pupo should not be dismissed with prejudice.

IT IS, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiff Ashley Harris', as the Wrongful Death Representative in the Matter of the Wrong Death of Tyeler Harris, claims against Defendants Rey Logistics, Inc. and Osvaldo Herrera Pupo in the above-referenced matter are hereby dismissed with prejudice.

DATED this ____ day of _____, 2024.

_____
DISTRICT COURT JUDGE

Approved as to form:
THE FITZGERALD LAW FIRM                    YONKEE & TONER, LLP

/s/ *Michael J. Fitzgerald*                    /s/ *Kevin K. Kessner*
_____            _____
James E. Fitzgerald, Bar No. 5-1469         Kevin K. Kessner, Bar No. 6-4257
Michael J. Fitzgerald, Bar No. 7-5351       *Attorney for Defendant Rey Logistics*
*Attorneys for Plaintiff Harris*

Page 2 of 3

*Copies after Execution to:*
James E. Fitzgerald / Michael J. Fitzgerald
Kevin K. Kessner
Colin M. Simpson / Larry B. Jones / David M. Hill
Scott E. Ortiz / Keith J. Dodson
Patrick T. Holscher
Khale J. Lenhart / Tyson R. Woodford

This document constitutes a ruling of the court and should be treated as such.

**Alternate Judge:**   Unassigned