Loyd E. Smith WSB #5-2509
COAL CREEK LAW LLP
211 W. 19th Street, Suite 300
P.O. Box 467
Cheyenne, WY  82003-0467
P: (307) 634-1525
F: (307) 638-7335
lsmith@coalcreeklaw.com
*Attorney for ITS Logistics, LLC*

## IN THE UNITED STATED DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| TIFFANY GRUETZMACHER, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VAMAR INC., SAVIOL SAINT JEAN, REY | ) | |
| LOGISTICS, INC., OSVALDO HERRERA PUPO, | ) | |
| And AGUSTIN SANCHEZ PAVON, | ) | Civil Action No.: 24-CV-270-SWS |
| | ) | |
|     Defendants. | ) | |
| | ) | |
| ASHLEY HARRIS, as the Wrongful Death | ) | |
| Death Representative in the Matter of the Wrongful | ) | |
| Death of TYELER HARRIS, deceased. | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     Vs. | ) | |
| | ) | |
| VAMAR INC., SAVOL SAINT JEAN, AGUSTIN | ) | |
| SANCHEZ PAVON, SAIA MOTOR FREIGHT | ) | |
| LINE, LLC, ANDREW GIBBS, EMOJI | ) | |
| LOGISTICS, LLC and ITS LOGISTICS, LLC | ) | |
| | ) | |
|     Defendants. | ) | |

## DEFENDANT ITS LOGISTICS, LLC'S CORPORATE DISCLOSURE STATEMENT

    Defendant ITS Logistics, LLC, through counsel, hereby submits its corporate disclosure

statement pursuant to Fed. R. Civ. P. 7.1.

    ITS Logistics, LLC is a limited liability company organized under the laws of Delaware.

1

None of ITS Logistics, LLC's members are publicly held corporations.

DATED this 4th day of February 2025.

> ITS LOGISTICS, LLC
>
> By: */s/ Loyd E. Smith*
> Loyd E. Smith, WSB #5-2509
> COAL CREEK LAW LLP
> 211 W. 19th Street
> P.O. Box 467
> Cheyenne, WY  82003-0467
> P: (307) 634-1525
> F: (307) 638-7335
> lsmith@coalcreeklaw.com
> *Attorney for ITS Logistics, LLC*

---

## CERTIFICATE OF SERVICE

This is to certify that on this 4th day of February 2025, a true and correct copy of the foregoing **DEFENDANT ITS LOGISTICS, LLC'S CORPORATE DISCLOSURE STATEMENT** was served by CM/ECF electronic service, to the following:

Williams, Porter, Day & Neville, P.C.
Attn: Scott Ortiz & Keith Dodson
sortiz@wpdn.net
kdodson@wpdn.net
*Attorneys for Defendants Vamar, Inc. & Saviol Saint Jean*

Hirst Applegate, LLP
Attn: Khale Lenhart & Tyson Woodford
klenhart@hirstapplegate.com
twoodford@hirstapplegate.com
*Attorneys for Defendants Saia Motor Freight Line, LLC & Andrew Gibbs*

Burg Simpson Eldredge Hersh & Jardine, P.C.
Attn: Colin Simpson, Larry Jones, and David Hill
csimpson@burgsimpson.com
ljones@burgsimpson.com
dmhill@burgsimpson.com
*Attorneys for Plaintiff Gruetzmacher*

The Fitzgerald Law Firm
Attn: James Fitzgerald and Michael Fitzgerald
jim@fitzgeraldlaw.com
michael@fitzgeraldlaw.com
*Attorneys for Plaintiff Harris*

Schwartz, Bon, Walker & Studer, LLC
Attn: Patrick Holscher
pat@schwartzbon.com
*Attorney for Defendant Augustin Sanchez Pavon*

AND BY U.S. MAIL AND EMAIL TO:

Emoji Logistics
c/o Philona Marcellus, Registered Agent
4155 NW 100th Ave.
Coral Springs, FL 33065-1594
philonas@hotmail.com

*/s/ Loyd E. Smith*
COAL CREEK LAW LLP